George T. JANIEC, Appellant
(Plaintiff below),

v.

LAKE COUNTY BOARD OF ELEC-
TION AND REGISTRATION, Ap-
pellee (Defendant below).

No. 45S00–1104–MI–228.

Supreme Court of Indiana.

April 21, 2011.

William I. Fine, Highland, IN, R. Cor-
dell Funk, Schererville, IN, Attorneys for
Appellant.

James L. Wieser, Schererville, IN, At-
torney for Appellee.

PER CURIAM.

This matter comes to us on a Verified
Petition for Emergency Transfer under
Appellate Rule 56(A). Appellant George
T. Janiec, a Republican Party candidate
for the office of Mayor of the City of
Hammond and an incumbent member of
the Hammond School Board, was removed
from the May 3, 2011 primary election
ballot by Appellee Lake County Board of
Election and Registration ("the Board").
Janiec challenged the Board's decision in
the Lake Superior Court, requesting judi-
cial review and injunctive relief. The trial
court found in favor of the Board. Janiec
appealed the trial court's decision and
sought immediate transfer of the appeal to
this Court. Both parties have filed princi-
pal appellate briefs in support of their
respective positions.

The Board and Lake Superior Court
held that Janiec's candidacy was inconsis-
tent with the ethical policies applicable to
members of the Hammond School Board.
The Court finds no basis in statute or law
for disqualifying Janiec on this basis. *See
Burke v. Bennett*, 907 N.E.2d 529, 532
(Ind.2009) (disqualification statute to be
construed "consistent with the longstand-
ing respect for the right of the people to
free and equal elections"). Accordingly,
the Court hereby GRANTS the Verified
Petition for Emergency Transfer and RE-
VERSES the Lake Superior Court's
"Judgment Order" issued on March 30,
2011. The Board and its members are
ENJOINED from removing Janiec's name
from the ballot as a Republican candidate
for Mayor of Hammond in the May 2011
primary election.

In addition, based on the representa-
tions made by the parties in their respec-
tive filings, the Court FURTHER OR-
DERS AS FOLLOWS:

1) Any absentee ballot or early vote that
has already been cast in the May 3,
2011 Republican primary election as
of 4 p.m. on April 21, 2011, shall not
be considered invalid because it does
not include Janiec's name;

2) The Board shall reprogram the vot-
ing machines being used for the May
3, 2011 Republican primary election
to include Janiec's candidacy for the
office of Mayor of Hammond;

3) With regard to absentee ballots al-
ready distributed but which have not
been returned, the parties shall im-
mediately agree on a mechanism for
absentee voters who have not yet cast
their ballots to vote for Janiec if they
so choose;

4) With regard to early voters who have
not yet cast their ballots, the parties
shall immediately agree on a mecha-

nism to give those early voters an opportunity to vote for Janiec if they so choose;

5) With regard to any other issues upon which the parties are in disagreement that have not been covered by this order, the parties shall immediately work to reach agreement on those issues; and

6) The parties shall notify this Court, **no later than 12:00 p.m. EDST on Monday, April 25, 2011,** of the agreements they have reached with regard to the matters discussed in numbered paragraphs 3–5 above, at which time the Court shall resolve any disputes with regard to those items that the parties themselves have been unable to resolve. The parties shall do so by way of a Notice containing the caption of this case and signed by attorneys for both parties, that is *both* mailed to the Clerk of this Court (217 State House, 200 West Washington St., Indianapolis, IN 46204) *and* e-mailed as a .pdf attachment to this Court's Administrator at KSmith@ courts.state.in.us.

The Clerk of this Court is directed to assign this appeal a Supreme Court cause number and transfer the chronological case summary from the current Court of Appeals cause number to the new cause number.

SHEPARD, C.J., and DICKSON, SULLIVAN, RUCKER and DAVID, JJ., concur.